UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Germosen Vasquez

Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**

21-cr-115

Defendant Germosen Vasquez hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

- ☐ Initial Appearance Before a Judicial Officer

- ☒ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

- ☐ Guilty Plea/Change of Plea Hearing

- ☐ Bail/Detention Hearing

- ☐ Conference Before a Judicial Officer - Assignment of Counsel

_Germosen Vasquez / AEK, with provision_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Germosen Vasquez
Print Defendant's Name

_Howard E. Tanner_
Defendant's Counsel's Signature

Howard E. Tanner
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

3/8/21
Date

_Andrew Krause_
~~U.S. District Judge~~/U.S. Magistrate Judge