## UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed: June 17, 2021
```

United States District Court
Southern District of New York
-----------------------------------------------------------X

United States of America,

           Plaintiff           **SCHEDULING ORDER**

   -against-

                                        7:21-cr-115-NSR

Ariel Germosen Vasquez
                Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a change of counsel hearing for 6/22/2021 at 1 pm before Magistrate Judge Paul E. Davison. The Court expects to conduct the proceeding in person at the Hon. Charles L. Brieant, Jr., Courthouse, 300 Quarropas Street, Courtroom 420, White Plains, NY 10601.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. The questionnaire is located on the Court's website at  https://nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public_Media_v.5.pdf

Dated: 6/17/2021
        White Plains, New York

                                                  SO ORDERED:

                                                  s/         PED

                                                  PAUL E. DAVISON
                                                  United States Magistrate Judge