USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/28/2021

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
                                       :
UNITED STATES OF AMERICA               :   Order Excluding Time
                                       :
     v.                                :   21 Cr. 115 (NSR)
                                       :
ARIEL GERMOSEN VASQUEZ,                :
                                       :
     Defendant.                        :
                                       :
- - - - - - - - - - - - - - - - - - - x
```

The Court has received a request by AUDREY STRAUSS, United States Attorney for the Southern District of New York, by Assistant United States Attorney Nicholas S. Bradley, that the time period from June 25, 2021 through and including July 23, 2021, the date of the rescheduled pretrial conference, be excluded from the computation of the time period within which trial of the charges against the defendants must commence, pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161(h)(7)(A). Time was previously excluded under the Speedy Trial Act through June 25, 2021. *See* Minute Entry for Pretrial Conference, Mar. 22, 2021.

The Government seeks the exclusion of the foregoing period, with the consent of defense counsel, in the interest of justice so that incoming defense counsel can review discovery in this matter and to facilitate discussions regarding a potential resolution of this matter without the need for trial.

Full consideration having been given to the matter set forth therein, it is hereby

ORDERED that the time between June 25, 2021, and July 23, 2021, be excluded from the computation of the time period within which trial of the charges against the defendants must commence, pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161(h)(7)(A). The Court finds that this exclusion of time serves the ends of justice and outweighs the interest of the public and the defendant in a speedy trial.

Dated: White Plains, New York         SO ORDERED.
June 28, 2021

_____
THE HONORABLE NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

Clerk of Court requested to terminate the motion (doc. 15).