**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,
Plaintiff,

-against-

ARIEL GERMOSEN VASQUEZ,
Defendant.
_____

No. 21-CR-115(NSR)

NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the affidavit of Ariel Germosen Vasquez annexed hereto, Ariel Germosen Vasquez will move this court:

United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

The Seventh Day of July
The Year of Twenty Twenty One
Ten of Clock Anti Meridian,

or as soon thereafter as the parties may be heard, for an ORDER of this court as follows:

1. Release of defendant pending trial on a combination of conditions pursuant to 18 USC 3142.

And any further relief the court may find just and proper.

_____
Ariel Germosen Vasquez, Defendant

TO:
United States District Court, Southern District of New York
United States Attorney's Office, Southern District of New York
Howard E. Tanner, Tanner and Ortega, LLP

---

Deft. withdraws this motion and reserves his right to renew it at a later date. Therefore, the motion is denied without prejudice as moot. Clerk of Court requested to terminate the motion (doc. 11).
Dated: Sept. 27, 2021
  White Plains, NY
SO ORDERED:

_____
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/2021