**MEMO ENDORSED**

# Law Offices of
# Daniel A. Hochheiser
ATTORNEY AT LAW
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

October 10, 2021

Via ECF
Hon. Nelson S. Román
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *USA v. Ariel Germosen Vasquez*, 21 CR 115 NSR
      REQUEST PERMISSION TO FILE INTERIM CJA VOUCHERS

Your Honor:

    I am assigned counsel to Ariel Germosen Vasquez. Please endorse this letter authorizing me as CJA counsel to Ariel Germosen Vasquez to file interim CJA vouchers.

Respectfully submitted,

Daniel A. Hochheiser

---

Counsel GRANTED leave to file interim CJA vouchers. Clerk of Court requested to terminate the motion (doc. 21).
Dated: Oct. 13, 2021
SO ORDERED:
*/s/ Nelson S. Román*
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   10/13/2021