UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

ARIEL GERMOSEN VASQUEZ

         Defendant(s).
----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

7:21-CR-00115-NSR-1

Defendant ARIEL GERMOSEN VASQUEZ hereby voluntarily consents to participate in the following proceeding via  ☒ videoconferencing or ☒ teleconferencing:

☐    Initial Appearance Before a Judicial Officer

☐    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☒    Guilty Plea/Change of Plea Hearing

☐    Bail/Detention Hearing

☐    Conference Before a Judicial Officer - Assignment of Counsel

_Ariel Germosen Vasquez /DAH_  
Defendant's Signature  
(Judge may obtain verbal consent on Record and Sign for Defendant)

_Ariel Germosen Vasquez_  
Print Defendant's Name

_[signature]_  
Defendant's Counsel's Signature

_Daniel A. Hochheiser_  
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_1/21/22_  
Date

_[signature]_  
U.S. District Judge/U.S. Magistrate Judge