UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA  :

    - v. -  :  CONSENT PRELIMINARY ORDER
OF FORFEITURE/
ARIEL GERMOSEN VASQUEZ,  :  MONEY JUDGMENT

    :  21 Cr. 115 (NSR)

    Defendant.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    WHEREAS, on or about February 22, 2021, ARIEL GERMOSEN VASQUEZ (the "Defendant"), was charged in a two-count Indictment, 21 Cr. 115 (NSR) (the "Indictment"), with narcotics conspiracy, in violation of Title 21, United States Code, Sections 846 (Count One); and money laundering conspiracy, in violation of Title 18, United States Code, Section 1956(h) (Count Two);

    WHEREAS, the Indictment included a forfeiture allegation as to Count Two, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), of any and all property involved in the offense charged in Count Two of the Indictment or any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property involved in the offense charged in Count Two of the Indictment and the following property: $258,160 in United States currency seized from the Defendant on or about April 23, 2020 in the Bronx, New York (the "Seized Currency");

    WHEREAS, on or about January 21, 2022, the Defendant pled guilty to Count Two of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count Two of the Indictment and agreed to forfeit, pursuant to Title 18, United States Code, Section 982(a)(1), the Seized Currency;

WHEREAS, on or about March 1, 2022, a Declaration of Administrative Forfeiture was entered forfeiting all right, title and interest in the Seized Currency to the Government; and

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $258,160 in United States currency representing the amount of property involved in the offense charged in Count Two of the Indictment;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney, Derek Wikstrom of counsel, and the Defendant, and his counsel, Daniel A. Hochheiser, Esq., that:

1. As a result of the offense charged in Count Two of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $258,160 in United States currency (the "Money Judgment") representing the amount of property involved in the offense charged in Count Two of the Indictment, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, ARIEL GERMOSEN VASQUEZ, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. The Seized Currency shall be applied towards the full satisfaction of the Money Judgment.

4. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

5. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          5/13/22
Derek Wikstrom                                DATE
Assistant United States Attorney
300 Quarropas St.
White Plains, NY 10601
(914) 993-1946


ARIEL GERMOSEN VASQUEZ

By: _____          5/13/2022
Ariel Germosen Vasquez                        DATE


By: _____          5-13-22
Daniel A. Hochheiser, Esq.                    DATE
Attorney for Defendant
2 Overhill Road, Suite 400
Scarsdale, New York 10583

SO ORDERED:

_____              5/13/2022
HONORABLE NELSON S. ROMÁN                    DATE
UNITED STATES DISTRICT JUDGE